## Case No. 10,898.

### PECKHAM v. DOYLE.

[Cited in Re Doyle, Case No. 4,052. Nowhere reported; opinion not now accessible.]